**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JOHNNY MILTON HOLTON, #171577**                                       **PLAINTIFF**

**vs.**                                  **CIVIL ACTION NO.: 3:16-CV-625-HTW-LRA**

**WARDEN NORRIS HOGAN, et al.**                                           **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket No. 62]**. Based upon the evidence therein contained, this court, finds the Report and Recommendation well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket No. 62]** is hereby **ADOPTED** as the order of this court.

In accordance with this Order, Defendant Frank Shaw's Motion for Summary Judgment Based on Plaintiff's Failure to Exhaust Administrative Remedies [**Docket No. 28**], joined in by Defendant Marshall Fisher, is hereby GRANTED. Plaintiff's Complaint shall be dismissed without prejudice against Defendants Frank Shaw and Commissioner Marshall Fisher only.

SO ORDERED, this this __17th__ day of __August__, 2017.

                                                          **s/ HENRY T. WINGATE**
                                                          **UNITED STATES DISTRICT COURT JUDGE**